UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

S.R.R.B, a minor, BY AND THROUGH
THOMAS O. VREELAND, AS TEMPORARY
LIMITED GUARDIAN OF THE ESTATE
OF S.R.R.B.,

    Plaintiff,

vs.                                       CASE NO. 8:08-CIV-960-T-17-MAP

LIFE INVESTORS INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Mark A. Pizzo on January 28, 2010 (Docket No. 131). The magistrate judge recommended that the Court deny the cross-motions for summary judgment (Docket Nos. 73, 74, and 117).

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). The defendant filed objections to the report and recommendation (Docket No. 134) and the plaintiff responded thereto (Docket No. 137).

## **STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, January 28, 2010 (Docket No. 131) be **adopted** and **incorporated by reference**; the objections are **overruled**, and the Court denies the cross-motions for summary judgment (Docket Nos. 73, 74, and 117).

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of March, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge