# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

S.R.R.B., a minor, BY AND THROUGH
THOMAS O. VREELAND, AS TEMPORARY
LIMITED GUARDIAN OF THE ESTATE OF
S.R.R.B.

    Plaintiff/Counterdefendant

v.

LIFE INVESTORS INSURANCE COMPANY OF
AMERICA

    Defendant/Counterplaintiff

CIVIL ACTION NO.
8:08-cv-960-EAK-MAP

## ORDER ON PETITION TO COMPROMISE CLAIM OF MINOR

**WHEREAS**, the parties, jointly in open court, moved, on June 21, 2010, to have this Court approve the settlement of the minor plaintiff;

**WHEREAS**, the Temporary Limited Guardian, Thomas O. Vreeland, testified that he had reviewed the terms of the settlement and found it to be in the best interests of the minor plaintiff;

**WHEREAS**, this Court having reviewed the file, and considered the motion and proposed settlement, and it appearing that the facts set out in the proposed settlement are fair, reasonable and just, that the same is made in good faith, and will be in the best interest of the minor and will advance the interests of said minor; it is hereby

**ORDERED and ADJUDGED** that Thomas O. Vreeland, as Temporary Limited Guardian for S.R.R.B., a minor, is hereby authorized to consummate said settlement as prayed in the motion and as set forth in the Settlement Agreement and to execute any and all agreements, receipts, releases or other documents necessary or proper to effect such settlement, and that such agreements, receipts, releases or other documents shall constitute the full, final and complete

settlement of any and all actions, causes of action, claims or demands which the minor may have against those parties to the Settlement Agreement as fully and completely as if said minor had executed said agreements, receipts, releases or other documents individually.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd of June, 2010.

ELIZABETH A. KOVACHEVICH
United States District Judge
Middle District of Florida